**DISMISS; and Opinion Filed March 25, 2014.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01766-CR

### JOE EARL WALTON, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-53044-Y

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance.[1] See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

131766F.U05

---

[1] Appellant's motion to dismiss referenced only cause no. 05-13-01766-CR and does not affect the appeal in cause no. 05-13-01761-CR.